No. 01–10983. KATHAWA v. MACMEEKIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10984. MANDRAKE v. ATTORNEY GENERAL OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 01–10985. KING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10986. KAUFMANN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10987. THOMPSON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10988. VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10989. HEIM v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10990. GUZMAN-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10991. GOMEZ-CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10992. HALL v. TYSZKIEWICZ, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–10993. HUMPHREY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10994. FLETCHER v. DAVIS, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10995. HUNTER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–10997. HOLLINGSWORTH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–10998. GILCHRIST v. ALLEN, SUPERINTENDENT, MASSACHUSETTS CORRECTION INSTITUTION-CEDAR JUNCTION. C. A. 1st Cir. Certiorari denied.